552

**January 15, 1985**

**(693 P2d 1295)**

In the Matter of the Compensation of Harr, Bert G., Claimant. ASC Contractors v. Harr (CA A30063)(SC S31110).
The decision of the Court of Appeals is reversed. Remanded to the Workers' Compensation Board to reconsider in light of *Wheeler v. Boise Cascade,* 298 Or 452, 693 P2d 632 (1985).

In the Matter of the Compensation of Hubbard, Sandra J., Claimant. Hubbard v. Imperial Fabrics et al/Elastomeric Silicone Products, Inc. et al (CA A30189)(SC S31194).
The decision of the Court of Appeals is vacated. Remanded to the Workers' Compensation Board to reconsider in light of *Bono v. SAIF,* 298 Or 405, 692 P2d 606 (1984).